COPY

FILED
2 6 24 @ 16:02 pm
CHERRY GOVAN, CLERK
BY L. Billing D.C.

IN THE CIRCUIT COURT OF
UNION COUNTY, ARKANSAS

BRENDA YOUNG, INDIVIDUALLY
AND AS SURVING SPOUSE OF
CHARLES YOUNG (DECEASED)     PLAINTIFF

V.     NO. 70CV-24-49

FIDELITY LIFE ASSOCIATION,
A LEGAL RESERVE LIFE
INSURANCE COMPANY     DEFENDANT

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Brenda Carrolle Young, by and through her attorneys of record, FLINT, CRAWFORD & COGBURN, P.L.L.C., complaining of Defendant Fidelity Life Association and for purposes of her Complaint would respectfully show the Court and Jury as follows:

1. Plaintiff is a resident of Union County, Arkansas.

2. Defendant Fidelity Life Association is a foreign corporation authorized to engage in the insurance business within the State of Arkansas. Defendant may be served with process by serving its registered agent CT Corporation System at 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

3. This Court is proper because all or a substantial portion of the events or omissions giving rise to this cause of action occurred in Union County, Arkansas. The life insurance policy in question is an Arkansas policy issued to a resident of Union County, Arkansas.

4. On or about September 19, 2023, Charles Albert Young was involved in an accident in Little Rock, Pulaski County, Arkansas. Mr. Charles Young died sixteen days following the accident at UAMS Hospital as a result of the injuries sustained in the accident.

5. Mr. Charles Young had a life insurance policy with Fidelity Life Association that was in good standing and active at the time of this accident.

6. Mr. Young was insured under the policy of insurance through Defendant Fidelity Life Association policy with policy number 0100403357.

7. Said insurance policy provided life insurance coverage for Plaintiff and was in full force and effect at the time of the accident.

8. Plaintiff brings this action to recover damages under said insurance policy number 0100403357 for death policy benefits.

## BREACH OF CONTRACT

9. Defendant issued a life insurance policy to Brenda Young on behalf of Charles Young, policy number 0100403357, with Mr. Young as an insured under the policy. Said policy covered death benefits in the amount of $100,000 per person, and was in full force and effect at the time of the accident.

10. The policy holder paid premiums on a monthly basis for death coverage for thirty years.

11. Defendant breached its contract with Plaintiff by failing to perform it's contractual obligations under the terms of the policy.

12. Defendant has failed to pay under the death portion of the policy.

13. Defendant breached the terms and provisions of the contract by failing and refusing to pay full benefits to Plaintiff.

14. Defendant has required unnecessary and emotionally distressing requirements which are unnecessary under the policy.



## JURY DEMAND

15. Plaintiff demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendant be cited to appear and answer herein; that Plaintiff be awarded the full amount under her life insurance policy; that Plaintiff be awarded judgment against the Defendant; that Plaintiff be awarded attorney's fees, punitive damages, penalties, pre-judgment, and post-judgment interest at the maximum legal rate provided by law; that Plaintiff recover from the Defendant her costs herein expended; and that Plaintiff receive any and all other relief to which she may be justly entitled.

FLINT, CRAWFORD & COGBURN P.L.L.C.
2821 Richmond Road, Texarkana, Texas 75503
Office 903-334-8928;   Facsimile 903-334-8853
E-mail:  bruceflint2013@gmail.com
             litigation@bruceflint.com
             dcrawford@bruceflint.com

BRUCE A. FLINT  AR 98100  TX 07150100
BRANDON COGBURN  AR 2002094  TX 24038824
DARLA SMITH CRAWFORD  AR 2009053  TX 24112623
ATTORNEYS FOR PLAINTIFF